# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

P. DOE

VERSUS

THE PARISH OF ANNUNZIATA
ROMAN CATHOLIC CHURCH AND
THE ROMAN CATHOLIC CHURCH OF
THE DIOCESE OF HOUMA-
THIBODAUX

NO.  2025 CW 0882

DECEMBER 30, 2025

---

In Re:   Archbishop Gregory M. Aymond, applying for supervisory
         writs, 32nd Judicial District Court, Parish of
         Terrebonne, No. 200185.

---

BEFORE:   LANIER, WOLFE, AND HESTER, JJ.

**WRIT DENIED.**

WIL
EW
CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT